WESTERN DISTRICT OF MI U.S. DISTRICT COURT

1. MIKE SHIRKEY
2. MATT HALL
3. RUDY GIULIANI
- DEFENDANTS

FILED - GR
August 24, 2022 12:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: /s/ 8 04

1:22-cv-771
Paul L. Maloney
United States District Judge

VS.

KEVIN W. CASSADAY   - PRO PER   IN.# 71417-509

JURISDICTION:

THE CONDUCT OF DEF.'S IS BELIEVED TO HAVE TAKEN PLACE IN THE W.D. OF MI USDC. THIS IS THE PROPER COURT FOR THE MATTER AT HAND.

ASSOCIATED CASES:

W.D. OF MI USDC

1. 1:21-CV-718    CASSADAY VS SHIRKEY
2. 1:21-CV-722    CASSADAY VS DOW CHEMICAL

E.D. OF MI USDC
1. 1:22-CV-11555   CASSADAY VS. DOW CHEMICAL

P. 1-4

CASES IN,

MI COURT OF CLAIMS, MI COURT OF APPEALS, MI

WORKERS DISABILITY COURTS

COMPLAINT:

THE #1 DEF. ASKED #2 DEF. TO HOLD A HEARING ON

ELECTION FRAUD IN DEC. OF 2020 FOR THE 45TH U.S. PRESIDEN

IN ATTEMPT TO SUPPORT "THE BIG LIE", THAT HEARING

NARRATIVE WAS ALL IN MOCKERY TO THIS PLTF.'S WORKERS DIS.

CASE IN THE STATE OF MI, IN ATTEMPTS TO 25 USC § 173

& MCL 750.348 (REP.), BUT WAS ULTIMATELY 18 USC § 1512

(b)(2)(B), (c)(1), (d)(2)(4), (f)(1)(2), (j), (k); § 1513 (e)

(f); § 1514 (a)(1); § 1514A (a), (b)(1)(A)(B), (c)(1)(2

18 USC § 1581 (a) COULD BE RELEVANT & § 2331(5)(A)(B)

P. 2-4

BUT THE CONDUCT WAS 18 USC §2340(1)(2); & §1510(a)

THE NARRATIVE WAS FOR THE 45TH U.S. PRES.'s ENJOYMENT WHICH FALLS UNDER 18 USC §2381, §2383, §2384, §2385 & THIS PLTF. HAS DONE HIS PART UNDER §2382.

THE CONDUCT WAS ABUSIVE TO PLTF.'S WELLBEING & MENTAL SOUNDNESS, CAUSING THE DESTRUCTION & ULTIMATELY ARREST OF PLTF. 1:21-mj-562 (mv) U.S.A vs. CASSADAY, CAUSING A WRONGFULL IMPRISONMENT OF PLTF..

PLTF. WISHES TO RESERVE THE RIGHT TO AMEND THIS COMPLAINT UPON DISCOVERY, SPECIFFICALLY THE WHITE BINDER HELD BY SHIRKEY & GIULIANI AT SUCH HEARING & ANY RELEVANT DOCUMENTS IN POSESSION OF DEF.'S. ALSO 18 USC §1511(a)(1)(2)

AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.
P. 3-4

8-21-2022   *Kevin Cassaday*
KEVIN CASSADAY
NEWAYGO COUNTY JAIL
P.O. BOX 845
WHITE CLOUD, MI 49349

RELIEF SOUGHT:

1. SAME EXPERIENCES AS PLTF. HAS ENDOURED

2. FINANCIAL RELIEF

3. NO PUBLIC OFFICE HELD BY DEF.'S, NOR ENGAGE IN ANY POLITICS STATE OR FEDERAL, FOR LIFE.

4. ACCOUNTABILITY

5. TRUTH TOLD ABOUT THE REPUBLICAN PARTY & THEIR TERRORISTIC HYPOCRICY TO SOCIETY.

P. 4 - 4

Cassaday
NCJ
P.O. BOX 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
22 AUG 2022 PM 6 L



U.S. COURT CLERK
110 Michigan St., NW
Grand Rapids, MI 49503

* Legal Mail

49503-230099